UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 21-21623-CIV-WILLIAMS

ADONIS TORRES,

    Plaintiff,

vs.

GEICO GENERAL INSURANCE CO.,

    Defendant.

_____/

## ORDER

**THIS MATTER** is before the Court on Magistrate Judge Chris McAliley's Report and Recommendation (the "Report") (DE 27) on Plaintiff's Amended Motion to Remand (the "Motion") (DE 6). In the Report, Judge McAliley explains that because the thirty-day (30) removal deadline commenced when Defendant received Plaintiff's complaint from the Florida CFO (March 30, 2021), and not when Plaintiff served the Florida CFO (March 15, 2021), Defendant's removal to federal court on April 27, 2021 was timely. Accordingly, Judge McAliley recommends that the Motion, which is based on untimely removal, be **DENIED**. The Parties did not file objections to the Report and the time to do has now passed. Accordingly, upon an independent review of the Report, the Motion, and the Record, it is **ORDERED AND ADJUDGED** as follows:

1. The conclusions in the Report (DE 27) are **AFFIRMED AND ADOPTED**.

2. Plaintiff's Amended Motion to Remand (DE 6) is **DENIED**.

**DONE AND ORDERED** in Chambers in Miami, Florida, this 27th day of October, 2021.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE